1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| PERRY CHAMANI AND FAY CHAMANI, | Case No. 2:12-cv-01197-LRH-PAL |
|---|---|
| Plaintiffs, | **ORDER TO EXPUNGE NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |
| v. | |
| BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; MTC FINANCIAL INC. dba TRUSTEE CORP; AH4R-NV2, LLC a Delaware limited liability corporation; FIRST SERVICE RESIDENTIAL REALTY (FSRR); RMI MANAGEMENT, LLC; NEVADA LEGAL NEWS; DOES 1-X, inclusive; and ROE CORPORATIONS, XI-XX, inclusive, | |
| Defendants. | |

Pursuant to this Court's ORDER (Doc. 106) granting Defendant AH4R-NV2, LLC's Motion to Dismiss for Lack of Prosecution (Doc. 97) and good cause having been shown, IT IS HEREBY ORDERED THAT:

The Notices of Lis Pendens recorded against the property located at 8056 Eurostar Street, Las Vegas, Nevada, Assessor's Parcel No. (APN) 125-09-412-027, Instrument Nos. 201204260001439 and 201406120000773 are hereby EXPUNGED.

**IT IS SO ORDERED**

DATED this 13th day of August, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE